**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DEBRA A. CREEK**                                                      **PLAINTIFF**

**v.**                          **No. 4:15–CV–388-JM-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

**ORDER**

The Court has received a Recommended Disposition ("Recommendation")

from Magistrate Judge Beth Deere.  After carefully reviewing the

Recommendation, Ms. Creek's timely objections, and after a *de novo* review of the

record, the Court concludes that the Recommendation should be, and hereby is,

approved and adopted as this Court's findings in all respects.

The Commissioner's decision is affirmed, and Ms. Creek's lawsuit is

DISMISSED, with prejudice.

IT IS SO ORDERED, this 15th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE